# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

September 29, 2025

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/29/2025_

**MEMORANDUM ENDORSED**

Re:    Ferber v. Sushi Lab LLC, et al.
       Case 1:25-cv-05263-GHW

Dear Judge Woods:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for Thursday, October 2, 2025, at 4:00 p.m. in Your Honor's Courtroom.  However, since this Conference falls on the holiday of Yom Kippur, Plaintiff's counsel, who is observant, will not be able to attend.

Plaintiff respectfully requests an adjournment of this Conference to 30-days after the date of the Conference to a date most convenient to the Court. The undersigned has conferred with Defendants' counsel, who has consented to the filing of this motion.

This is the undersigned counsel's first request for an adjournment of the Initial Pretrial Conference. Thank you for your consideration of this request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

Application granted.  The initial pretrial conference scheduled for October 2, 2025 is adjourned to November 6, 2025 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 26, 2025 order are due no later than October 30, 2025.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

Dated:  September 29, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge